Hearing Date: July 19, 2011  
Hearing Time: 10:00 A.M.  
Location: 219 S. Dearborn St., Courtroom 966  
Chicago, IL 60604  

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § Chapter 7 | |
| | § | |
| Andersen, Nicole R. | § | Case No. 10-43998 |
| | § | |
| Debtor | § Hon. Eugene R. Wedoff | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter __ of the United States Bankruptcy Code was filed on ____. The undersigned trustee was appointed on ____.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

        Funds were disbursed in the following amounts:

        Payments made under an interim disbursement  
        Administrative expenses  
        Other payments to creditors  
        Non-estate funds paid to 3rd Parties  
        Exemptions paid to the debtor  
        Other payments to the debtor  

        Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

   5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

   6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

   7.  The Trustee's proposed distribution is attached as **Exhibit D**.

   8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

   The trustee has received $ _____ as interim compensation and now requests a sum of $ _____, for a total compensation of $ _____ [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ _____, and now requests reimbursement for expenses of $ _____, for total expenses of $ _____ [2].

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Joseph A. Baldi, Trustee_____
                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (10/1/2010) *(Page: 2)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 10-43998 | ERW | Judge: Eugene R. Wedoff | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Andersen, Nicole R. | | | | Date Filed (f) or Converted (c): | 09/30/10 (f) |
| | | | | | 341(a) Meeting Date: | 11/22/10 |
| For Period Ending: | 05/11/11 | | | | Claims Bar Date: | 04/25/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real estate located at 2130 Ginger Creek, Palatine | 120,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash on Hand | 20.00 | 20.00 | | 0.00 | FA |
| 3. Checking account with Harris | 0.00 | 0.00 | | 0.00 | FA |
| 4. Savings account with Harris | 805.13 | 800.00 | | 800.00 | FA |
| 5. Certificate of Deposit at Harris | 2,813.46 | 2,813.00 | | 2,500.00 | FA |
| 6. Miscellaneous used household goods and furnishings | 400.00 | 0.00 | | 0.00 | FA |
| 7. Books, Pictures, and CD's | 50.00 | 0.00 | | 0.00 | FA |
| 8. Wearing Apparel | 650.00 | 0.00 | | 0.00 | FA |
| 9. Miscellaneous Costume Jewelry | 75.00 | 0.00 | | 0.00 | FA |
| 10. Term Life Insurance policy through employer - No cash surrender value | 0.00 | 0.00 | | 0.00 | FA |
| 11. Whole Life insurance policy through State Farm. Pr Trustee determined no value to estate | 950.00 | 0.00 | | 0.00 | FA |
| 12. 401(k) / Retirement plan through employer - 100% exempt | 10,627.00 | 0.00 | | 0.00 | FA |
| 13. 2009 tax refund of $2,318 Money was received before filing of bankruptcy petition and spent on ordinary and necessary living expenses | 0.00 | 0.00 | | 0.00 | FA |
| 14. Automobile - 2004 Honda Element with 77,000 miles | 7,075.00 | 675.00 | | 200.00 | FA |
| 15. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.06 | Unknown |
| TOTALS (Excluding Unknown Values) | $143,465.59 | $4,308.00 | | $3,500.06 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

LFORM1  UST Form 101-7-TFR (10/1/2010) *(Page: 3)*                                                                                                                                                     Ver: 16.02b

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| | | |
|---|---|---|
| Case No: | 10-43998    ERW    Judge: Eugene R. Wedoff | Trustee Name: Joseph A. Baldi, Trustee |
| Case Name: | Andersen, Nicole R. | Date Filed (f) or Converted (c): 09/30/10 (f) |
| | | 341(a) Meeting Date: 11/22/10 |
| | | Claims Bar Date: 04/25/11 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee filed motion to sell non-exempt assets to Debtor--hearing scheduled for 2/8/11

Initial Projected Date of Final Report (TFR): 10/31/11        Current Projected Date of Final Report (TFR): 10/31/11

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 10-43998 -ERW | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | Andersen, Nicole R. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6771 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1334 | | | |
| For Period Ending: | 05/10/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/20/11 | 4, 5 | NICOLE ANDERSEN  2130 Ginger Creek Circle  Palatine, IL 60074 | Installment 1 of 3 - Cash and Car | 1129-000 | 1,000.00 | | 1,000.00 |
| 02/28/11 | 5 | NICOLE ANDERSEN  2130 Ginger Creek Circle  Palatine, IL 60074 | Installment 2 of 3 - Cash and Car | 1129-000 | 1,000.00 | | 2,000.00 |
| 02/28/11 | 15 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 2,000.01 |
| 03/16/11 | | Transfer to Acct #*******6894 | Bank Funds Transfer | 9999-000 | | 2.78 | 1,997.23 |
| 03/30/11 | 5, 14 | NICOLE ANDERSEN  2130 Ginger Creek Circle  Palatine, IL 60074 | Installment 3 of 3 - Cash and Car | 1129-000 | 1,500.00 | | 3,497.23 |
| 03/31/11 | 15 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 3,497.25 |
| 04/29/11 | 15 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,497.28 |

| Account *******6771 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 3 | Deposits | 3,500.00 | 0 | Checks | 0.00 |
| | 3 | Interest Postings | 0.06 | 0 | Adjustments Out | 0.00 |
| | | | | 1 | Transfers Out | 2.78 |
| | | Subtotal | $ 3,500.06 | | | |
| | | | | | Total | $ 2.78 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 3,500.06 | | | |

UST Form 101-7-TFR (10/1/2010) *(Page: 5)*

LFORM2T4

Ver: 16.02b

FORM 2

Page: 2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-43998 -ERW | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | Andersen, Nicole R. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6894 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1334 | | |
| For Period Ending: | 05/10/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/16/11 | | Transfer from Acct #*******6771 | Bank Funds Transfer | 9999-000 | 2.78 | | 2.78 |
| 03/16/11 | 001001 | International Sureties | Bond Premium | 2300-000 | | 2.78 | 0.00 |
| | | 701 Poydras Street #420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |

|  | Account *******6894 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| 0 | Deposits | 0.00 | 1 | Checks | 2.78 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| | | | | Total | $ 2.78 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 2.78 | | | |
| | Total | $ 2.78 | | | |

| Report Totals | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 3 | Deposits | 3,500.00 | 1 | Checks | 2.78 |
| 3 | Interest Postings | 0.06 | 0 | Adjustments Out | 0.00 |
| | | | 1 | Transfers Out | 2.78 |
| | Subtotal | $ 3,500.06 | | | |
| | | | | Total | $ 5.56 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 2.78 | | | |
| | Total | $ 3,502.84 | | Net Total Balance | $ 3,497.28 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: 10-43998<br>Debtor Name: Andersen, Nicole R. | | Page 1<br>Priority Sequence (No Pay Hold) | | | Date: May 11, 2011 | |
|---|---|---|---|---|---|---|
| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
| 001<br>2100-00 | JOSEPH A. BALDI, as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois 60603 | Administrative | | $0.00 | $875.02 | $875.02 |
| 001<br>3110-00 | Baldi Berg & Wallace, Ltd.<br>19 S. LaSalle St.<br>Suite 1500<br>Chicago, IL 60603 | Administrative | | $0.00 | $896.50 | $896.50 |
| BOND<br>001<br>2300-00 | International Sureties<br>701 Poydras Street #420<br>New Orleans, LA 70139 | Administrative | | $0.00 | $2.78 | $2.78 |
| 000001<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $10,248.00 | $10,743.29 | $10,743.29 |
| 000002<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $19,878.00 | $19,677.57 | $19,677.57 |
| 000003<br>070<br>7100-00 | sallie mae<br>c/o sallie mae inc.<br>220 lasley ave.<br>wilkes-barre pa. 18706 | Unsecured | | $21,569.00 | $20,962.83 | $20,962.83 |
| | Case Totals: | | | $51,695.00 | $53,157.99 | $53,157.99 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-43998
Case Name: Andersen, Nicole R.
Trustee Name: Joseph A. Baldi, Trustee

Balance on hand                                                              $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi, Trustee | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg & Wallace, Ltd. | $ | $ | $ |
| Other: International Sureties | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses                  $_____

Remaining Balance                                                                   $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

UST Form 101-7-TFR (10/1/2010) *(Page: 8)*

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA, N.A. | $ | $ | $ |
| 000002 | Chase Bank USA, N.A. | $ | $ | $ |
| 000003 | sallie mae | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance                                             $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE