# Notice Recipients

District/Off: 0752−1     User: wepps     Date Created: 6/22/2011
Case: 10−43998     Form ID: pdf006     Total: 14

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Nicole R. Andersen | 2130 N. Ginger Circle | Palatine, IL 60074 | | |
| tr | Joseph A Baldi, Tr | Joseph Baldi &Associates | 19 S Lasalle Street Suite 1500 | Chicago, IL 60603 | |
| aty | Joseph A Baldi, Tr | Joseph Baldi &Associates | 19 S Lasalle Street Suite 1500 | Chicago, IL 60603 | |
| aty | Joseph A Baldi | Baldi Berg &Wallace, Ltd. | 19 S Lasalle Street Suite 1500 | Chicago, IL 60603 | |
| aty | Joseph A Baldi, Tr | Joseph Baldi &Associates | 19 S Lasalle Street Suite 1500 | Chicago, IL 60603 | |
| aty | Joseph P Doyle | Law Office of Joseph P Doyle | 105 S Roselle Road | Suite 203 | Schaumburg, IL 60193 |
| 16215510 | Chase | Po Box 15298 | Wilmington, DE 19850 | | |
| 16797147 | Chase Bank USA, N.A. | PO Box 15145 | Wilmington, DE 19850−5145 | | |
| 16215511 | Echostar | 9601 S. Meridian | Consumer Collection Account | Englewood, CO 80112 | |
| 16215512 | ISAC (Illinois Student Assistant C) | 1775 Lake Cook Road | Deerfield, IL 60015 | | |
| 16215513 | Sallie Mae | Po Box 9500 | Wilkes Barre, PA 18773 | | |
| 16215514 | Us Bank | 4801 Frederica St | Owensboro, KY 42301 | | |
| 16215515 | Us Bank | Po Box 5227 | Cincinnati, OH 45201 | | |
| 16952664 | sallie mae | c/o sallie mae inc. | 220 lasley ave. | wilkes−barre pa. 18706 | |

TOTAL: 14