Hearing Date: July 19, 2011
Hearing Time: 10:00 A.M.
Location: 219 S. Dearborn St., Courtroom 744
Chicago, IL 60604

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| In re: | § | Chapter 7 |
|---|---|---|
| | § | |
| Andersen, Nicole R. | § | Case No. 10-43998 |
| | § | |
| Debtor | § | Hon. Eugene R. Wedoff |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :

10:00 a.m.
on Tuesday, July 19, 2011
in Courtroom  744, U.S. Courthouse
219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: Kenneth Gardner_____
                                           Clerk of Bankruptcy Court

Joseph A. Baldi, Trustee
19 S. LaSalle Street, Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | |
| Andersen, Nicole R. | § | Case No. 10-43998 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
| --- | --- | --- |
| The Final Report shows receipts of | $ | 3,500.06 |
| and approved disbursements of | $ | 2.78 |
| leaving a balance on hand of[1] | $ | 3,497.28 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee Fees: Joseph A. Baldi, Trustee | $ 875.02 | $ 0.00 | $ 875.02 |
| Attorney for Trustee Fees: Baldi Berg & Wallace, Ltd. | $ 896.50 | $ 0.00 | $ 896.50 |
| Other: International Sureties | $ 2.78 | $ 2.78 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,771.52 |
| Remaining Balance | | $ | 1,725.76 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 51,383.69 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA, N.A. | $ 10,743.29 | $ 0.00 | $ 360.82 |
| 000002 | Chase Bank USA, N.A. | $ 19,677.57 | $ 0.00 | $ 660.89 |
| 000003 | sallie mae | $ 20,962.83 | $ 0.00 | $ 704.05 |

Total to be paid to timely general unsecured creditors    $    1,725.76

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/_____
            Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**Notice Recipients**

| | | |
|---|---|---|
| District/Off: 0752−1 | User: wepps | Date Created: 6/22/2011 |
| Case: 10−43998 | Form ID: pdf006 | Total: 14 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Nicole R. Andersen | 2130 N. Ginger Circle | Palatine, IL 60074 | |
| tr | Joseph A Baldi, Tr | Joseph Baldi &Associates | 19 S Lasalle Street Suite 1500 | Chicago, IL 60603 |
| aty | Joseph A Baldi, Tr | Joseph Baldi &Associates | 19 S Lasalle Street Suite 1500 | Chicago, IL 60603 |
| aty | Joseph A Baldi | Baldi Berg &Wallace, Ltd. | 19 S Lasalle Street Suite 1500 | Chicago, IL 60603 |
| aty | Joseph A Baldi, Tr | Joseph Baldi &Associates | 19 S Lasalle Street Suite 1500 | Chicago, IL 60603 |
| aty | Joseph P Doyle | Law Office of Joseph P Doyle | 105 S Roselle Road Suite 203 | Schaumburg, IL 60193 |
| 16215510 | Chase | Po Box 15298 | Wilmington, DE 19850 | |
| 16797147 | Chase Bank USA, N.A. | PO Box 15145 | Wilmington, DE 19850−5145 | |
| 16215511 | Echostar | 9601 S. Meridian | Consumer Collection Account | Englewood, CO 80112 |
| 16215512 | ISAC (Illinois Student Assistant C) | 1775 Lake Cook Road | Deerfield, IL 60015 | |
| 16215513 | Sallie Mae | Po Box 9500 | Wilkes Barre, PA 18773 | |
| 16215514 | Us Bank | 4801 Frederica St | Owensboro, KY 42301 | |
| 16215515 | Us Bank | Po Box 5227 | Cincinnati, OH 45201 | |
| 16952664 | sallie mae | c/o sallie mae inc. | 220 lasley ave. | wilkes−barre pa. 18706 |

TOTAL: 14

United States Bankruptcy Court
Northern District of Illinois

In re:  
Nicole R. Andersen  
    Debtor

Case No. 10-43998-ERW  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: mcamacho     Page 1 of 1     Date Rcvd: Jun 29, 2011  
                      Form ID: pdf002     Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2011.

```
db          +Nicole R. Andersen,    2130 N. Ginger Circle,    Palatine, IL 60074-1307
aty         +Joseph A Baldi,    Baldi Berg & Wallace, Ltd.,    19 S Lasalle Street Suite 1500,
              Chicago, IL 60603-1413
aty         +Joseph P Doyle,    Law Office of Joseph P Doyle,    105 S Roselle Road,   Suite 203,
              Schaumburg, IL 60193-1631
tr          +Joseph A Baldi, Tr,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
              Chicago, IL 60603-1413
16215510    +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
16797147     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16215511    +Echostar,    9601 S. Meridian,    Consumer Collection Account,    Englewood, CO 80112-5905
16215514    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: Us Bank,    4801 Frederica St,    Owensboro, KY 42301)
16215515    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: Us Bank,    Po Box 5227,    Cincinnati, OH 45201)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16215512    +E-mail/Text: ISAC.Bankruptcy@ISAC.illinois.gov Jun 29 2011 23:07:38
              ISAC (Illinois Student Assistant C),    1775 Lake Cook Road,    Deerfield, IL 60015-5215
16215513    +E-mail/PDF: pa_dc_claims@salliemae.com Jun 30 2011 00:03:22     Sallie Mae,   Po Box 9500,
              Wilkes Barre, PA 18773-9500
16952664    +E-mail/PDF: pa_dc_claims@salliemae.com Jun 30 2011 00:03:23       sallie mae,   c/o sallie mae inc.,
              220 lasley ave.,    wilkes-barre pa 18706-1496
                                                                                             TOTAL: 3
```

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
aty*        +Joseph A Baldi, Tr,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
              Chicago, IL 60603-1413
aty*        +Joseph A Baldi, Tr,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
              Chicago, IL 60603-1413
                                                                                         TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 01, 2011**                            **Signature:** _/s/ Joseph Speetjens_