UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
Andersen, Nicole R. § Case No. 10-43998
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

  3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Joseph A. Baldi, Trustee_____
                                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Us Bank 4801 Frederica St Owensboro, KY 42301 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Us Bank Po Box 5227 Cincinnati, OH 45201 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| BALDI BERG & WALLACE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Echostar 9601 S. Meridian Consumer Collection Account Englewood, CO 80112 | | | | | |
| | ISAC (Illinois Student Assistant C) 1775 Lake Cook Road Deerfield, IL 60015 | | | | | |
| 000001 | CHASE BANK USA, N.A. | | | | | |
| 000002 | CHASE BANK USA, N.A. | | | | | |
| 000003 | SALLIE MAE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

Page: 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

| Case No: | 10-43998 | ERW | Judge: Eugene R. Wedoff | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Andersen, Nicole R. | | | | Date Filed (f) or Converted (c): | 09/30/10 (f) |
| | | | | | 341(a) Meeting Date: | 11/22/10 |
| For Period Ending: | 09/28/11 | | | | Claims Bar Date: | 04/25/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real estate located at 2130 Ginger Creek, Palatine | 120,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash on Hand | 20.00 | 20.00 | | 0.00 | FA |
| 3. Checking account with Harris | 0.00 | 0.00 | | 0.00 | FA |
| 4. Savings account with Harris | 805.13 | 800.00 | | 800.00 | FA |
| 5. Certificate of Deposit at Harris | 2,813.46 | 2,813.00 | | 2,500.00 | FA |
| 6. Miscellaneous used household goods and furnishings | 400.00 | 0.00 | | 0.00 | FA |
| 7. Books, Pictures, and CD's | 50.00 | 0.00 | | 0.00 | FA |
| 8. Wearing Apparel | 650.00 | 0.00 | | 0.00 | FA |
| 9. Miscellaneous Costume Jewelry | 75.00 | 0.00 | | 0.00 | FA |
| 10. Term Life Insurance policy through employer - No cash surrender value | 0.00 | 0.00 | | 0.00 | FA |
| 11. Whole Life insurance policy through State Farm. Pr Trustee determined no value to estate | 950.00 | 0.00 | | 0.00 | FA |
| 12. 401(k) / Retirement plan through employer - 100% exempt | 10,627.00 | 0.00 | | 0.00 | FA |
| 13. 2009 tax refund of $2,318 Money was received before filing of bankruptcy petition and spent on ordinary and necessary living expenses | 0.00 | 0.00 | | 0.00 | FA |
| 14. Automobile - 2004 Honda Element with 77,000 miles | 7,075.00 | 675.00 | | 200.00 | FA |
| 15. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.14 | Unknown |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $143,465.59 | $4,308.00 | | $3,500.14 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 10-43998   ERW   Judge: Eugene R. Wedoff | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | Andersen, Nicole R. | Date Filed (f) or Converted (c): | 09/30/10 (f) |
| | | 341(a) Meeting Date: | 11/22/10 |
| | | Claims Bar Date: | 04/25/11 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee filed motion to sell non-exempt assets to Debtor--hearing scheduled for 2/8/11

Initial Projected Date of Final Report (TFR): 10/31/11     Current Projected Date of Final Report (TFR): 10/31/11

LFORM1
**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

Ver: 16.02b

FORM 2

Page: 1

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-43998 -ERW | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | Andersen, Nicole R. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6771 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1334 | | | |
| For Period Ending: | 09/28/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 01/20/11 | 4, 5 | NICOLE ANDERSEN 2130 Ginger Creek Circle Palatine, IL 60074 | Installment 1 of 3 - Cash and Car | 1,000.00 | | | | | 1,000.00 |
| 02/28/11 | 5 | NICOLE ANDERSEN 2130 Ginger Creek Circle Palatine, IL 60074 | Installment 2 of 3 - Cash and Car | 1,000.00 | | | | | 2,000.00 |
| 02/28/11 | 15 | Bank of America, N.A. | Interest Rate 0.010 | | 0.01 | | | | 2,000.01 |
| 03/16/11 | | Transfer to Acct #*******6894 | Bank Funds Transfer | | | | | -2.78 | 1,997.23 |
| 03/30/11 | 5, 14 | NICOLE ANDERSEN 2130 Ginger Creek Circle Palatine, IL 60074 | Installment 3 of 3 - Cash and Car | 1,500.00 | | | | | 3,497.23 |
| 03/31/11 | 15 | Bank of America, N.A. | Interest Rate 0.010 | | 0.02 | | | | 3,497.25 |
| 04/29/11 | 15 | Bank of America, N.A. | Interest Rate 0.010 | | 0.03 | | | | 3,497.28 |
| 05/31/11 | 15 | Bank of America, N.A. | Interest Rate 0.010 | | 0.03 | | | | 3,497.31 |
| 06/30/11 | 15 | Bank of America, N.A. | Interest Rate 0.010 | | 0.03 | | | | 3,497.34 |
| 07/20/11 | 15 | Bank of America, N.A. | INTEREST REC'D FROM BANK | | 0.02 | | | | 3,497.36 |
| 07/20/11 | | Transfer to Acct #*******6894 | Final Posting Transfer for final distribution | | | | | -3,497.36 | 0.00 |

| Account *******6771 | | Balance Forward | 0.00 | 0 Checks | 0.00 |
|---|---|---|---|---|---|
| | 3 | Deposits | 3,500.00 | 0 Adjustments Out | 0.00 |
| | 6 | Interest Postings | 0.14 | 2 Transfers Out | 3,500.14 |
| | | Subtotal | $ 3,500.14 | | |
| | | | | Total | $ 3,500.14 |
| | 0 | Adjustments In | 0.00 | | |
| | 0 | Transfers In | 0.00 | | |
| | | Total | $ 3,500.14 | | |

LFORM2XT

Ver: 16.02b

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

**FORM 2**

Page: 2

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-43998 -ERW | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | Andersen, Nicole R. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6894  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1334 | | | |
| For Period Ending: | 09/28/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 03/16/11 | | Transfer from Acct #*******6771 | Bank Funds Transfer | | | | | 2.78 | 2.78 |
| 03/16/11 | 001001 | International Sureties<br>701 Poydras Street  #420<br>New Orleans, LA 70139 | Bond Premium | | | 2.78 | | | 0.00 |
| 07/20/11 | | Transfer from Acct #*******6771 | Transfer In From MMA Account<br>for final distribution | | | | | 3,497.36 | 3,497.36 |
| 07/20/11 | 001002 | JOSEPH A. BALDI , as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois  60603 | Trustee Compensation | | | 875.02 | | | 2,622.34 |
| 07/20/11 | 001003 | Baldi Berg & Wallace, Ltd.<br>19 S. LaSalle St.<br>Suite 1500<br>Chicago, IL 60603 | Attorney for Trustee Fees (Trustee | | | 896.50 | | | 1,725.84 |
| 07/20/11 | 001004 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000001, Payment 3.36% | | | 360.84 | | | 1,365.00 |
| 07/20/11 | 001005 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000002, Payment 3.36% | | | 660.92 | | | 704.08 |
| 07/20/11 | 001006 | sallie mae<br>c/o sallie mae inc.<br>220 lasley ave.<br>wilkes-barre pa. 18706 | Claim 000003, Payment 3.36% | | | 704.08 | | | 0.00 |

LFORM2XT

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

Ver: 16.02b

**FORM 2**

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-43998 -ERW | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | Andersen, Nicole R. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6894 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1334 | | |
| For Period Ending: | 09/28/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

```
Account *******6894      Balance Forward            0.00
                       0 Deposits                    0.00       6 Checks              3,500.14
                       0 Interest Postings           0.00       0 Adjustments Out         0.00
                                                                0 Transfers Out           0.00
                         Subtotal           $        0.00
                                                                  Total         $    3,500.14
                       0 Adjustments In              0.00
                       2 Transfers In            3,500.14

                         Total              $    3,500.14
```

```
Report Totals            Balance Forward            0.00
                       3 Deposits                3,500.00       6 Checks              3,500.14
                       6 Interest Postings          0.14       0 Adjustments Out         0.00
                                                                2 Transfers Out       3,500.14
                         Subtotal           $    3,500.14
                                                                  Total         $    7,000.28
                       0 Adjustments In              0.00
                       2 Transfers In            3,500.14

                         Total              $    7,000.28       Net Total Balance  $      0.00
```

LFORM2XT

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

Ver: 16.02b